# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KYLE B. EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2558
_____

January 2, 2026

Appeal from the Circuit Court for Manatee County; Stephen M. Whyte, Judge.

Rook E. Ringer of The Post-Conviction Alliance, Brandon, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.